**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7    Proceeding |
| | ) | |
| **Grant C. Livingston and Andrea F. Livingston** | ) | **Case No. 11-20105 (ASD)** |
| Debtor | ) | |
| | ) | Re: ECF No. **10** |
| **US Bank National Association** | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Grant C. Livingston and Andrea F. Livingston** | ) | |
| **and Anthony S. Novak, Trustee** | ) | |
| Respondent | ) | |

**ORDER GRANTING MOTION FOR RELIEF**

After notice and a hearing, <u>see</u> Bankruptcy Code Section 102(1), on US Bank National Association, (hereafter, the "Movant"), <u>Motion for Relief from the Automatic Stay,</u> (hereafter, the "Motion") ECF No. 10:

**IT IS HEREBY ORDERED** that the Motion is Granted—the automatic stay of 11 U.S.C. § 362(a) is modified to permit the Movant, its designated servicing agent, and/or its successors and assigns to commence, continue, and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any, with respect to real property known as **14 Mohawk Drive, Niantic (East Lyme), Connecticut** in accordance with applicable state law, and

**IT IS FURTHER ORDERED** that the Movant, its designated servicing agent, and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, including accepting a deed in lieu of foreclosure from the Debtor. The Movant or its designated servicing agent may contact the Debtor via telephone or written correspondence to offer such an agreement. In the event the Debtor receives a discharge, any such agreement shall be non-recourse against the Debtor unless included in a reaffirmation agreement, and

**IT IS FURTHER ORDERED** that the Movant may assess the Debtor's mortgage account with reasonable attorney's fees of $500.00 and costs of $150.00 in connection with this Motion for Relief from Stay. In the event the Debtor receives a discharge, such fees and costs shall be non-recourse against the Debtor unless included in a reaffirmation agreement, and

**IT IS FURTHER ORDERED** that the 14-day stay of Fed.R.Bankr.P. 4001 (a)(3) is not applicable and the Movant may immediately enforce and implement this order.

Dated: February 22, 2011

*Albert S. Dabrowski*
United States Bankruptcy Judge

FULL COMPLIANCE WITH
SHORT CALENDAR PROCEDURE
*A. Surrenberger*